**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

HAROLD B. HOLLOWAY, ADC #80307                                                    PLAINTIFF

v.                                          NO. 5:15-CV-00106 JLH/BD

RAY HOBBS and DOES                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 15th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE